1032

[No. 34800-4-II. Division Two. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. B.C., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-8-00303-5, William G. Knebes, J. Pro Tem., entered February 1, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35245-1-II. Division Two. June 26, 2007.]

CHAPPARAL REFORESTATION, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-01015-8, Paula Casey, J., entered July 27, 2006. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35251-6-II. Division Two. June 26, 2007.]

AMY BENALLY, *Individually and as Parent and Guardian*, *Appellant*, v. TACOMA SCHOOL DISTRICT NO. 10, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-10969-1, Katherine M. Stolz, J., entered August 3, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 35333-4-II. Division Two. June 26, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. GREGORY ELIJAH CASAD, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00578-4, Kenneth D. Williams, J., entered August 25, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.